IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Draper, Rahman A | Case Number: 07 B 17937 |
|---|---|
| | Judge: Squires, John H |
| Printed: 3/4/08 | Filed: 10/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | HFC | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 18,670.51 | 0.00 |
| 5. | HFC | Secured | 0.00 | 0.00 |
| 6. | Option One Mortgage Corp | Secured | 39,570.00 | 0.00 |
| 7. | LHR Inc | Unsecured | 127.87 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 105.05 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 207.27 | 0.00 |
| 10. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 11. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 12. | Professional Account Management | Unsecured | | No Claim Filed |
| 13. | Midland Credit Management | Unsecured | | No Claim Filed |
| 14. | Midland Credit Management | Unsecured | | No Claim Filed |
| 15. | Wells Fargo Auto Finance | Unsecured | | No Claim Filed |
| 16. | Walmart | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 58,680.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Draper, Rahman A

Printed:  3/4/08

Case Number:  07 B 17937
Judge:  Squires, John H
Filed:  10/1/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

